IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, and ) | | |
| LLOYD TRACKWELL, SR., ) | | |
| ) | 4:04CV3395 | |
| Plaintiffs, ) | | |
| ) | | |
| vs. ) | **REASSIGNMENT ORDER** | |
| ) | | |
| CITY OF LINCOLN, NEBRASKA, ) | | |
| ) | | |
| Defendant. ) | | |

A Consent to Exercise of Jurisdiction by United States Magistrate Judge has not been filed. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 27th day of July, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court