IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | 4:04CV3395 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| CITY OF LINCOLN, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the plaintiff's Notice of Dismissal (filing 12) and Fed. R. Civ. P. 41(a), this case is dismissed without prejudice.

August 31, 2005.              BY THE COURT:

                              *s/Richard G. Kopf*
                              United States District Judge